**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6714**

MOHAMMED ZAHOOR,

Petitioner - Appellant,

v.

M. J. BAYLESS, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:25-cv-00146-JPB)

Submitted:  January 22, 2026                    Decided:  January 29, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mohammed Zahoor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammed Zahoor, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Zahoor's 28 U.S.C. § 2241 petition in which Zahoor challenged the execution of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Zahoor v. Bayless*, No. 5:25-cv-00146-JPB (N.D.W.V. Aug. 11, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*